NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOHN KELLY DESTRAT, DOC #Y62415,      )
                                      )
            Appellant,                )
                                      )
v.                                    )
                                      )      Case No.  2D17-3049
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
                                      )
_____)

Opinion filed October 12, 2018.

Appeal from the Circuit Court for Lee
County; Mark A. Steinbeck, Judge.

Howard L. Dimmig, II, Public Defender,
and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Brandon R. Christian,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.